UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ZACHARIAS WEISHUHN,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMISSIONER OF SOCIAL SECURITY**,<br><br>Defendant. | 2:19-cv-13258<br><br>HON. TERRENCE G. BERG<br>HON. DAVID R. GRAND |

# JUDGMENT

In accordance with the Opinion and Order issued on this date, adopting Magistrate Judge David R. Grand's Report and Recommendation (ECF No. 20);

It is **ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment (ECF No. 13) be **DENIED**, Plaintiff's Motion for Summary Judgment (ECF No. 11) be **GRANTED**, and that, pursuant to sentence four of 42 U.S.C. § 405(g), this case be **REMANDED** to the ALJ for further proceedings consistent with this Recommendation.

Dated at Detroit, Michigan: December 9, 2020

DAVID J. WEAVER
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE