UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ZACHARIAS WEISHUHN,**<br><br>Plaintiff,<br><br>vs.<br><br>**COMMISISONER ANDREW SAUL,**<br><br>Defendant. | 2:19-CV-13258-TGB-DRG<br><br>HON. TERRENCE G. BERG<br>HON. DAVID R. GRAND<br><br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

This matter is before the Court on Magistrate Judge David R. Grand's January 25, 2023 Report and Recommendation (ECF No. 29), recommending that Plaintiff's Motion for Attorney Fees (ECF No. 24) be **GRANTED**.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id*. Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will

1

therefore accept the Magistrate's Report and Recommendation of January 25, 2023 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Grand's Report and Recommendation of January 25, 2023 is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Plaintiff's Motion for Attorney Fees is **GRANTED**.

Plaintiff's counsel shall be awarded attorney fees in the amount of $10,743.50. Plaintiff's counsel shall reimburse Plaintiff the $6,387.50 that she received under the EAJA.

**IT IS SO ORDERED** this 26th day of June, 2023.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge